**No. 10-9268. Artis Harris, Petitioner v. Illinois.**

563 U.S. 977, 131 S. Ct. 2879, 179 L. Ed. 2d 1194, 2011 U.S. LEXIS 3509.

May 2, 2011. Petition for writ of certiorari to the Appellate Court of Illinois, First District, denied.

Same case below, 402 Ill. App. 3d 1186, 376 Ill. Dec. 786, 1 N.E.3d 119.

**No. 10-9270. Ernest Harmon, Petitioner v. California.**

563 U.S. 978, 131 S. Ct. 2879, 179 L. Ed. 2d 1194, 2011 U.S. LEXIS 3431.

May 2, 2011. Petition for writ of certiorari to the Court of Appeal of California, Fourth Appellate District, Division One, denied.

**No. 10-9277. Nancy Hammer, Petitioner v. Forest Highlands Community Association.**

563 U.S. 978, 131 S. Ct. 2879, 179 L. Ed. 2d 1194, 2011 U.S. LEXIS 3436,

May 2, 2011. Petition for writ of certiorari to the Supreme Court of Pennsylvania, Western District, denied.

**No. 10-9279. Demetrio LiFrieri, Petitioner v. Thomas LaValley, Superintendent, Great Meadow Correctional Facility.**

563 U.S. 978, 131 S. Ct. 2879, 179 L. Ed. 2d 1194, 2011 U.S. LEXIS 3420.

May 2, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

**No. 10-9281. Steven Bailey, Petitioner v. California.**

563 U.S. 978, 131 S. Ct. 2880, 179 L. Ed. 2d 1194, 2011 U.S. LEXIS 3474.

May 2, 2011. Petition for writ of certiorari to the Court of Appeal of California, Fourth Appellate District, Division Two, denied.

**No. 10-9284. Anthony B. Chandler, Petitioner v. Donald L. Stine, Superintendent, New Castle Correctional Facility.**

563 U.S. 978, 131 S. Ct. 2880, 179 L. Ed. 2d 1194, 2011 U.S. LEXIS 3495.

May 2, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

**No. 10-9285. Christopher Dawson, Petitioner v. Illinois.**

563 U.S. 978, 131 S. Ct. 2880, 179 L. Ed. 2d 1194, 2011 U.S. LEXIS 3381.

May 2, 2011. Petition for writ of certiorari to the Appellate Court of Illinois, First District, denied.

Same case below, 403 Ill. App. 3d 499, 343 Ill. Dec. 274, 934 N.E.2d 598.

**No. 10-9287. Alexander Samuel, Petitioner v. Gordon Brown, et al.**

563 U.S. 978, 131 S. Ct. 2880, 179 L. Ed. 2d 1194, 2011 U.S. LEXIS 3430.

May 2, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.